IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AM-CAN TRANSPORT SERVICE, INCORPORATED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-057 |
| KEMET CORPORATION; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | |

## DEFENDANT KEMET ELECTRONICS CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Kemet Electronics Corporation, improperly named as "Kemet Corporation," is a nongovernmental corporation; Kemet Electronics Corporation is the wholly owned subsidiary of Kemet Corporation; there is no other publicly held corporation that owns 10% or more of the stock of Kemet Electronics Corporation.

Respectfully submitted,

By: /s/ Brett A. Wallingford

Brett A. Wallingford
Attorney in Charge
State Bar No. 00797618
S.D. No. 28071
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

---

OF COUNSEL:

Kerry K. Brown
State Bar No. 03149880
S.D. No. 13892

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

**ATTORNEYS FOR DEFENDANTS KEMET
ELECTRONICS CORPORATION AND ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT KEMET ELECTRONICS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** has been forwarded via Certified Mail, Return Receipt Requested, on this 19th day of April, 2004 addressed as follows:

Charles E. Sweetman, Esq.
**SWEETMAN, SKAGGS & LAWLER, L.L.P.**
855 E. Harrison
Brownsville, Texas 78520

_____
Brett A. Wallingford