IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 0 3 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| AM-CAN TRANSPORT SERVICE, INCORPORATED, § § § Plaintiff, § § v. § § KEMET CORPORATION; and § ALLIANZ GLOBAL RISKS US § INSURANCE COMPANY, § § Defendants. § | Civil Action No. B-04-057 |

## CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants, Kemet Electronics Corporation and Allianz Global Risks US Insurance Company file this their Certificate of Interested Parties pursuant to the Order Setting Conference ordered by Judge Hanen as follows:

The following entities are or may be financially interested in the outcome of this litigation:

1. Kemet Electronics Corporation

2. <u>Kemet Corporation</u>

3. Allianz Global Risks US Insurance Company

4. <u>Allianz A.G.</u>

5. Fireman's Fund Insurance Company

6. Am-Can Transport Service, Inc.

---

7. Brett A. Wallingford
   **ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
   1201 Main Street, Suite 3000
   Dallas, Texas 75202-3975
   Telephone: 214-742-3000
   Telecopier: 214-760-8994

8. Charles E. Sweetman, Esq.
   **SWEETMAN, SKAGGS & LAWLER, L.L.P.**
   855 E. Harrison
   Brownsville, Texas 78520
   Telecopier: 956-541-2117

Respectfully submitted,

By: *[signature: Brett Wallingford]*
Brett A. Wallingford
Attorney in Charge
State Bar No. 00797618
S.D. No. 28071
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

**OF COUNSEL:**

Kerry K. Brown
State Bar No. 03149880
S.D. No. 13892

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

**ATTORNEYS FOR DEFENDANTS KEMET ELECTRONICS CORPORATION AND ALLIANZ GLOBAL RISKS US INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** has been forwarded via Certified Mail, Return Receipt Requested, on this 30TH day of April, 2004 addressed as follows:

Charles E. Sweetman, Esq.
**SWEETMAN, SKAGGS & LAWLER, L.L.P.**
855 E. Harrison
Brownsville, Texas 78520

*Brett Wallingford*
Brett A. Wallingford