United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AM-CAN TRANSPORT SERVICE, INCORPORATED, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-057 |
| KEMET CORPORATION; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | |

## DEFENDANT ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Allianz Global Risks US Insurance Company is not a publicly traded company. Allianz Global Risks US is a wholly-owned subsidiary of Allianz A.G., a German corporation whose shares are publicly traded. No other publicly owned companies own ten percent or more of the outstanding shares or other indicia of ownership of Allianz Global Risks US Insurance Company.

Respectfully submitted,

By: /s/ Brett Wallingford
Brett A. Wallingford
Attorney in Charge
State Bar No. 00797618
S.D. No. 28071
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

OF COUNSEL:

Kerry K. Brown
State Bar No. 03149880
S.D. No. 13892

ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Telecopier: 214-760-8994

ATTORNEYS FOR DEFENDANTS KEMET
ELECTRONICS CORPORATION AND ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RULE 7.1 DISCLOSURE** has been forwarded via Certified Mail, Return Receipt Requested, on this 30th day of April, 2004 addressed as follows:

Charles E. Sweetman, Esq.
SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 E. Harrison
Brownsville, Texas 78520

_____
Brett A. Wallingford