IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AM-CAN TRANSPORT SERVICE, INC. | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-04-057 |
| VS. | § § § | |
| KEMET CORPORATION and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | § § § § | |
| Defendants. | § | |

**LIST OF INTERESTED ENTITIES**

COMES NOW PLAINTIFF AM-CAN TRANSPORT SERVICE, INC., in accordance with the Court Order Setting Conference and pursuant to paragraph 1 submits its list of entities that are presently known to be financially interested in this litigation:

1. Am-Can Trasport Service, Inc. is a privately held South Carolina corporation; see Plaintiff's Rule 7.1 Disclosure Statement.

2. Plaintiff attorneys of record:

   Charles E. Sweetman
   Sweetman Skaggs & Lawler, L.L.P.
   855 E. Harrison
   Brownsville, TX 78520

   Edward Farman
   Schindel, Farman & Lipsius, L.L.P.
   225 West 34th Street
   New York, NY 10122

3. Insurance carrier for Am-Can Transport Service, Inc.:

   RLI Transportation Insurance Company
   200 Century Parkway NE Suite 650
   Atlanta, GA 30345.

Respectfully submitted,

SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 East Harrison
Brownsville, Texas 78520
Telephone: (956) 544-4606
Fax:       (956) 544-0543

By: _____
CHARLES E. SWEETMAN
State Bar No. 19574500
Federal I.D. No. 4710

ATTORNEYS FOR DEFENDANT
AM-CAN TRANSPORT SERVICE, INC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the ____ day of April/May 2004, a true and correct copy hereof has been forwarded via Certified Mail, Return Receipt Requested to the following counsel of record, addressed as follows:

Brent W. Bull
Zelle, Hofmann, Voelbel, Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX 75202

_____
Charles E. Sweetman