IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern D[...]
MAY 18 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AM-CAN TRANSPORT SERVICE, INC. | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-04-057 |
| VS. | § § § | |
| KEMET CORPORATION and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | § § § § | |
| Defendants. | § | |

## PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

TO THE HONORABLE COURT:

COMES NOW PLAINTIFF AM-CAN TRANSPORT SERVICE, INC., and files this request for dismissal of its action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and would show the following:

1. Rule 41(a) of the Federal Rules of Civil Procedure provides a stipulation of dismissal signed by all parties who have appeared in this action; the Defendants in this action through their counsel of record stipulates to this dismissal as indicated by the undersigned signature.

2. Plaintiff herein has conferred with counsel for Defendants and has agreed that venue of this action should appropriately be in the United States District Court of South Carolina, where the Defendants herein filed a lawsuit in the United States District for South Carolina on April 16, 2004, and Plaintiff Am-Can Transport Service, Inc. will appear and answer therein.

3. The Defendants herein will not be prejudiced by this dismissal.

WHEREFORE, PREMISES CONSIDERED, Am-Can Transport Service, Inc. prays that this cause be dismissed without prejudice, and taxable costs be taxed against Plaintiff.

Respectfully submitted,

SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 East Harrison
Brownsville, Texas 78520
Telephone: (956) 544-4606
Fax:        (956) 544-0543

CHARLES E. SWEETMAN
State Bar No. 19574500
Federal I.D. No. 4710

ATTORNEYS FOR DEFENDANT
AM-CAN TRANSPORT SERVICE, INC

AGREEMENT AND STIPULATION OF DISMISSAL:

BY: 

Brett A. Wallingford
Attorney in Charge
State Bar No. 00797618
S.D. No. 28071
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX 75202-3975
Telephone: 214/742-3000
Telecopier: 214/760-8994

ATTORNEYS FOR DEFENDANTS KEMET
ELECTRONICS CORPORATION AND ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the __18__ day of May, 2004, a true and correct copy hereof has been forwarded via Certified Mail, Return Receipt Requested to the following counsel of record, addressed as follows:

Brett A. Walingford
Zelle, Hofmann, Voelbel, Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX 75202

_____
Charles E. Sweetman