IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| AM-CAN TRANSPORT SERVICE, INC. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-057 |
| | § | |
| VS. | § | |
| | § | |
| KEMET CORPORATION and | § | |
| ALLIANZ GLOBAL RISKS US | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

ON THIS 20th day of May, 2004, came on for consideration Plaintiffs' Request for Dismissal Without Prejudice Pursuant to Rule 41(a), and such motion is hereby GRANTED and this cause is hereby DISMISSED without prejudice with taxable costs charged against Plaintiff.

SIGNED in Brownsville, Texas, this 20th day of May, 2004.

_____
Judge Presiding